UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:08-CR-141-SEB-KPF |
| ) | |
| ADRIANE D. RICE, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges that:

On or about August 3, 2008, in Marion County, Indiana, within the Southern District of Indiana, Defendant, ADRIANE D. RICE, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to wit: resisting law enforcement, did knowingly possess in and affecting commerce any firearm, to wit: Ruger, model PD95DC, 9mm pistol, serial number 31381777;

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in this indictment are realleged as if fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of the offense set forth in this indictment, Defendant herein shall forfeit to the United States any firearm or ammunition involved in or used in the offense set forth in this indictment.

A TRUE BILL:

FOREPERSON

TIMOTHY M. MORRISON
United States Attorney

By: _____
Bradley P. Shepard
Assistant United States Attorney